# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2049

_____

Leanda Chaffins

*Plaintiff - Appellant*

v.

Shannon Sharp; Natalie Anderson; Jenny Wetch; Lexi Eldridge; Alicia Seely;
Traci Schlag; Dennis Meier; Kathryn Doll; Katie Krueger; Cory Pedersen

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of North Dakota - Western

_____

Submitted: January 14, 2026
Filed: January 20, 2026
[Unpublished]

_____

Before BENTON, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Leanda Chaffins appeals the district court's[1] dismissal of her pro se 42 U.S.C. § 1983 action. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Laclede Gas Co. v. St. Charles Cnty.*, 713 F.3d 413, 471 (8th Cir. 2013) (standard of review); *Awnings v. Fullerton*, 912 F.3d 1089, 1097 (8th Cir. 2019) (this court may affirm district court on any basis supported by record).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.